324 F.2d 501
 Harold JOHNSON, Appellant,
v.
UNITED STATES of America, Appellee.
 No. 20379.
 United States Court of Appeals Fifth Circuit.
 Nov. 21, 1963.
 
 Harold Johnson, Atlanta, Ga., for appellant.
 Edgar L. Jenkins, Asst. U.S. Atty., Atlanta, Ga., Charles L. Goodson, U.S. Atty., for appellee.
 Before TUTTLE, Chief Judge, JONES, Circuit Judge, and JOHNSON, district judge.
 PER CURIAM.
 
 
 1
 The judgment of the trial court is affirmed. Cawley v. United States, 5th Cir., 251 F.2d 461.